| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|
| **Name of Debtor** (if individual, enter: Last, First, Middle):<br>Brown, Bruce A. | | **Name of Joint Debtor** (Spouse)(Last, First, Middle):<br>Brown, Doris J. |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names) | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names) |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | | Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>641 Grover Avenue<br>Ottawa, IL    61350 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>641 Grover Avenue<br>Ottawa, IL    61350 |
| County of Residence or of the<br>Principal Place of Business: LaSalle | | County of Residence or of the<br>Principal Place of Business: LaSalle |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>[X] Individual(s)         [ ] Railroad<br>[ ] Corporation          [ ] Stockbroker<br>[ ] Partnership          [ ] Commodity Broker<br>[ ] Other _____ | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>[ ] Chapter 7        [ ] Chapter 11        [X] Chapter 13<br>[ ] Chapter 9        [ ] Chapter 12<br>[ ] Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>[X] Consumer/Non-Business    [ ] Business | **Filing Fee** (Check one box)<br>[X] Full Filing Fee attached<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>[ ] Debtor is a small business as defined in 11 U.S.C. § 101<br>[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e)(optional) | |

**Statistical/Administrative Information** (Estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15<br>[X] | 16-49<br>[ ] | 50-99<br>[ ] | 100-199<br>[ ] | 200+<br> |
|---|---|---|---|---|---|

| Estimated Assets | $0 to<br>$50,000<br>[ ] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[ ] | $500,001 to<br>$1 million<br>[ ] | $1,000,001 to<br>$10 million<br>[ ] | $10,000,001 to<br>$50 million<br>[ ] | $50,0..<br>$10..<br> |
|---|---|---|---|---|---|---|---|

| Estimated Debts | $0 to<br>$50,000<br>[X] | $50,001 to<br>$100,000<br>[ ] | $100,001 to<br>$500,000<br>[ ] | $500,001 to<br>$1 million<br>[ ] | $1,000,001 to<br>$10 million<br>[ ] | $10,000,001 to<br>$50 million<br>[ ] | $50,0..<br>$10..<br> |
|---|---|---|---|---|---|---|---|

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 06/14/2004
Time: 16:26:12
Debtor: BRUCE A BROWN
Case: 04-22543    Fee : 194
Chapter: 13   Rec. # : 3085672
Judge: Bruce Black
341 mtg: 07/21/2004 @ 10:30AM
ConfHrg: 08/13/2004 @ 11:00AM
Trustee: GLENN STEARNS

1:04BK22543-BK001

| Voluntary Petition (This page must be completed and filed in every case) | Name of Debtor(s): Bruce A. Brown, Doris J. Brown | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (if more than one, attach additional sheet)

| Location Where Filed: Northern District, Chicago, IL | Case Number: 00-B-22668 | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (if more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specific in this petition.

X  /s/ Bruce A. Brown
Bruce A. Brown

X  /s/ Doris J. Brown
Doris J. Brown

Telephone Number (if not represented by attorney)

Date  6/14/04

X  /s/ William T. Surin
William T. Surin
Printed Name of Attorney for Debtor(s)
Armstrong, Surin & Associates
Firm Name
724 Columbus St.
Address
Ottawa, IL 61350-5083

(815) 434-4323
Telephone Number

Date  6/14/04

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) or the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
[ ] Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under such chapter.

X  /s/ William T. Surin   6/14/04
William T. Surin         Date

**Signature of Debtor (Corporate/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  Not Applicable
Signature of Authorized Individual

Not Applicable
Print or Type Name of Authorized Individual

Not Applicable
Title of Authorized Individual

Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Not Applicable
Printed Name of Bankruptcy Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

Not Applicable

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.