```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 22543
  BRUCE A BROWN
  DORIS J BROWN                                 CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-7775     SSN XXX-XX-7861
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/14/04 and confirmed on 09/07/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 9720.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEIGHTS FINANCE | SECURED | 2720.00 | .00 | 2720.00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| WALINSKI & TRUNKETT | UNSECURED | 5300.00 | .00 | 5086.63 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2720.00 | .00 | 5300.00 | .00 | 8020.00 |
| PRINCIPAL PAID | 2720.00 | .00 | 5086.63 | .00 | 7806.63 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2720.00 | .00 | 5086.63 | .00 | 7806.63 |

The Debtor's attorney, WILLIAM T SURIN     , was allowed $ 1500.00 and was paid $ 1500.00 .

The Trustee received $ 413.37 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/11/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
        CASE NO. 04 B 22543 BRUCE A BROWN & DORIS J BROWN
```